FILED

2015 Feb-04  PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| CURTIS LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:13-cv-02215-SLB-JEO |
| | ) |
| CHIEF DOCTOR NAYDEN, et. al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on November 21, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) as frivolous and/or for failure to state a claim upon which relief can be granted pursuant to U.S.C. § 1915A(b)(1).  The plaintiff filed objections to the report and recommendation on December 5, 2014.  (Doc. 29).  Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous and/or for  failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DATED** this 4th day of February, 2015.

*Sharon Lovelace Blackburn*

SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE

1